# Exhibit A

**Nate Olin**

| | |
|---|---|
| From: | Layla Taylor [LTaylor@sullivanandhayes.com] |
| Sent: | Monday, October 29, 2012 12:33 PM |
| To: | Nate Olin; Gordon Quinn |
| Cc: | 'Jeffrey S. Morneau'; 'Mary Clark' |
| Subject: | RE: Anthony/Mercy/PRMH-32 |



ONE MONARCH PLACE Suite 1200, Springfield, Massachusetts 01144
P 413.736.4538  F 413.731.8206  Lawoffice@Sullivanandhayes.com

Hi Nate:

I did email you on Friday about this. Perhaps you didn't receive it. You are correct, our client does not agree to tolling. Accordingly, it will oppose a motion for tolling and a motion for recognition of a collective action.

Best,

*Layla*

Layla G. Taylor, Esq.
Layla.Taylor@sullivanandhayes.com

CONFIDENTIALITY NOTICE
The information in this e-mail is confidential and intended only for the use of the addressee. The data transmitted is attorney privileged and may be exempt from disclosure. Do not copy or distribute to anyone other than the addressee. Reliance on this data by other than the intended recipient is prohibited. Please notify us immediately if you have received this communication in error. Upon notification we will arrange for return of the e-mail copies to Sullivan, Hayes & Quinn. Thank you for your assistance.

---

**From:** Nate Olin [mailto:nolin@cmolawyers.com]
**Sent:** Monday, October 29, 2012 12:34 PM
**To:** Layla Taylor; Gordon Quinn
**Cc:** 'Jeffrey S. Morneau'; 'Mary Clark'
**Subject:** RE: Anthony/Mercy/PRMH-32

Dear Gordon/Layla: Based on our previous conversations/conferences, we understand that your client does not agree to tolling and will oppose a motion for tolling and a motion for recognition of a collective action. If that is not the case, please let me or Jeff know by the end of the day. Otherwise, we intend to file said motion(s). Thank you.

**Nathan A. Olin | Connor, Morneau & Olin, LLP**
73 State Street, Suite 310 | Springfield, MA 01103 | Telephone: 413-455-1730 | Fax: 413-455-1594
nolin@cmolawyers.com | www.cmolawyers.com

**CONFIDENTIALITY NOTICE AND IRS DISCLOSURE**: *This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.*

*Unless expressly stated to the contrary herein, (a) Nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) Any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue.*

**From:** Layla Taylor [mailto:LTaylor@sullivanandhayes.com]
**Sent:** Friday, October 26, 2012 9:40 AM
**To:** Nate Olin; Gordon Quinn
**Cc:** 'Jeffrey S. Morneau'; 'Mary Clark'
**Subject:** RE: Anthony/Mercy/PRMH-32



SULLIVAN HAYES & QUINN   ATTORNEYS AT LAW

ONE MONARCH PLACE Suite 1200, Springfield, Massachusetts 01144
P 413.736.4538  F 413.731.8206  Lawoffice@Sullivanandhayes.com

October 26, 2012

*VIA EMAIL*

Dear Nate:

Our client will not agree to the tolling agreement. Gordon and I are out of the office today on other matters, but will be in touch with you next week to discuss settlement and your client's offer.

Best,

*Layla*

Layla G. Taylor, Esq.
Layla.Taylor@sullivanandhayes.com

CONFIDENTIALITY NOTICE

2

The information in this e-mail is confidential and intended only for the use of the addressee. The data transmitted is attorney privileged and may be exempt from disclosure. Do not copy or distribute to anyone other than the addressee. Reliance on this data by other than the intended recipient is prohibited. Please notify us immediately if you have received this communication in error. Upon notification we will arrange for return of the e-mail copies to Sullivan, Hayes & Quinn. Thank you for your assistance.

---

**From:** Nate Olin [mailto:nolin@cmolawyers.com]
**Sent:** Thursday, October 25, 2012 6:00 PM
**To:** Gordon Quinn; Layla Taylor
**Cc:** 'Jeffrey S. Morneau'; 'Mary Clark'
**Subject:** RE: Anthony/Mercy

Gordon and Layla, as you know, tomorrow is Judge Neiman's tolling agreement deadline. Can you please give us a response no later than noon tomorrow?

**Nathan A. Olin | Connor, Morneau & Olin, LLP**
73 State Street, Suite 310 | Springfield, MA 01103 | Telephone: 413-455-1730 | Fax: 413-455-1594
nolin@cmolawyers.com | www.cmolawyers.com

**CONFIDENTIALITY NOTICE AND IRS DISCLOSURE**: This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

Unless expressly stated to the contrary herein, (a) Nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) Any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue.

---

**From:** Nate Olin [mailto:nolin@cmolawyers.com]
**Sent:** Monday, October 22, 2012 7:26 PM
**To:** 'Gordon Quinn'
**Subject:** RE: Anthony/Mercy

Hi Gordon. Your thoughts about the draft tolling agreement?

**Nathan A. Olin | Connor, Morneau & Olin, LLP**
73 State Street, Suite 310 | Springfield, MA 01103 | Telephone: 413-455-1730 | Fax: 413-455-1594
nolin@cmolawyers.com | www.cmolawyers.com

**CONFIDENTIALITY NOTICE AND IRS DISCLOSURE**: This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

Unless expressly stated to the contrary herein, (a) Nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) Any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue.

---

**From:** Nate Olin [mailto:nolin@cmolawyers.com]
**Sent:** Wednesday, October 17, 2012 12:08 PM
**To:** 'Gordon Quinn'
**Subject:** Anthony/Mercy

Gordon, as we discussed in Court this morning, attached is a draft tolling agreement. Please give me your response as soon as possible. Thanks.
-Nate

**Nathan A. Olin | Connor, Morneau & Olin, LLP**
73 State Street, Suite 310 | Springfield, MA 01103 | Telephone: 413-455-1730 | Fax: 413-455-1594
nolin@cmolawyers.com | www.cmolawyers.com

**CONFIDENTIALITY NOTICE AND IRS DISCLOSURE:** *This transmission is intended by the sender and proper recipient(s) to be confidential, intended only for the proper recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s) you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the proper recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the proper recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.*

*Unless expressly stated to the contrary herein, (a) Nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) Any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. No.: 3:12-cv-30072-MAP

| |
|---|
| WENDY ANTHONY, Individually and on Behalf of All Other Persons Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>MERCY INPATIENT MEDICAL ASSOCIATES, INC.,<br>Defendant |

## STIPULATION TO TOLL STATUTE OF LIMITATIONS

Wendy Anthony ("Plaintiff"), individually and on behalf of all other persons similarly situated, has filed a putative collective action lawsuit against Mercy Inpatient Medical Associates, Inc. ("Defendant") under the Fair Labor Standards Act.

Plaintiff and Defendant have agreed to engage in early settlement discussions. Plaintiff and Defendant, by and through the undersigned counsel, hereby stipulate and agree to toll the statutes of limitations for those wage and hour related claims which were asserted by Plaintiff or other potential "opt-in" class members or potential class members in the Complaint filed in this action on or about April 6, 2012. The parties agree that the tolling period of the statutes of limitation is from April 6, 2012 (*nunc pro tunc*) to January 15, 2013, although the parties further agree that this date may be extended by agreement of all parties in the event that settlement discussions are continuing. In entering into this Stipulation, Defendant in no way agrees to the inclusion of any potential plaintiffs in a putative class, and maintains that class certification or

1

class treatment of the claims filed in this action would not be appropriate. The parties agree that this Stipulation in no way affects or impairs Defendant's right to oppose class certification.

The purpose of this Stipulation is to allow the parties to engage in early settlement discussions and, at the same time, protect the interests of potential "opt-in" class members whose statutes of limitations would otherwise be running during the pretrial settlement proceedings. The parties request that this Stipulation be adopted by the Court.

Dated: October 26, 2011

Respectfully submitted,

| Defendant | Plaintiff |
|---|---|
| Layla G. Taylor, Esq. (BBO #660736) | Jeffrey S. Morneau, Esq. (BBO #643668) |
| Gordon D. Quinn, Esq. (BBO #555789) | Nathan A. Olin, Esq. (BBO #630580) |
| SULLIVAN, HAYES & QUINN, LLC | CONNOR, MORNEAU & OLIN, LLP |
| One Monarch Place – Suite 1200 | 73 State Street, Suite 310 |
| Springfield, MA 01144-1200 | Springfield, MA 01103 |
| Phone: (413) 736-4538 | Phone: (413) 455-1730 |
| Fax: (413) 731-8206 | Fax: (413) 455-1594 |
| Layla.Taylor@sullivanandhayes.com | jmorneau@cmolawyers.com |
| Gordon.Quinn@sullivanandhayes.com | nolin@cmolawyers.com |

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

                                                                                                      _____

                                                                                                      Nathan A. Olin