UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. No.: 3:12-cv-30072-MAP

**WENDY ANTHONY, Individually and on Behalf of All Other Persons Similarly Situated,**
    **Plaintiffs,**

  v.

**MERCY INPATIENT MEDICAL ASSOCIATES, INC.,**
    **Defendant**

## PLAINTIFF'S MOTION TO SEAL EXHIBITS (ASSENTED TO)

Wendy Anthony ("Plaintiff"), hereby moves to seal Exhibits D through U which are attached to the Memorandum in Support of Plaintiff's Motion for Recognition of Class Action Under the FLSA and for Court Facilitation of Notice (Document No. 22). While Plaintiff does not necessarily agree that a Motion to Seal is required, she understands that the subject exhibits are already restricted from public access and hereby files this Motion with Defendant's assent.

Dated: November 2, 2012

            Respectfully submitted,

            Plaintiff

             /s/ Nathan A. Olin
            Jeffrey S. Morneau, Esq. (BBO #643668)
            Nathan A. Olin, Esq. (BBO #630580)
            CONNOR, MORNEAU & OLIN, LLP
            73 State Street, Suite 310
            Springfield, MA 01103
            Phone: (413) 455-1730
            Fax: (413) 455-1594
            jmorneau@cmolawyers.com
            nolin@cmolawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

         **/s/ Nathan A. Olin**
         Nathan A. Olin