UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| WENDY ANTHONY, Individually and on Behalf of All Other Persons Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>MERCY INPATIENT MEDICAL ASSOCIATES, INC.,<br>Defendant | Civil No: 3:12-CV-30072-MAP |

### NOTICE ACCEPTING OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept the Offer of Judgment dated February 15, 2013.

Dated: February 27, 2013

_____
Jeffrey S. Morneau, Esquire (BBO# 643668)
Nathan A. Olin, Esquire (BBO# 630580)
CONNOR, MORNEAU & OLIN, LLP
73 State Street, Suite 310
Springfield, Massachusetts 01103
Tel:   (413) 455-1730
Fax:   (413) 455-1594
E-mail: jmorneau@cmolawyers.com
         nolin@cmolawyers.com



RECEIVED
FEB 2 7 2013
BY:

## CERTIFICATE OF SERVICE

I hereby certify that this document was hand-delivered to Defendant's Attorneys, Sullivan Hayes & Quinn, One Monarch Place, Suite 1200, Springfield, Massachusetts on February 27, 2013.

_____
Jeffrey S. Morneau