UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| WENDY ANTHONY, Individually and on Behalf of All Other Persons Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MERCY INPATIENT MEDICAL ASSOCIATES, INC.,<br>　　　　　　　　　　Defendant | Civil No: 3:12-CV-30072-MAP |

## CERTIFICATE OF SERVICE

I hereby certify that the Notice Accepting Offer of Judgment was hand-delivered to and received by Defendant's Attorneys, Sullivan Hayes & Quinn, One Monarch Place, Suite 1200, Springfield, Massachusetts on February 27, 2013.

I hereby certify that the Offer of Judgment, Notice Accepting Offer of Judgment, and this Certificate of Service filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

Dated: February 27, 2013

/s/ Jeffrey S. Morneau
Jeffrey S. Morneau, Esquire (BBO# 643668)
Nathan A. Olin, Esquire (BBO# 630580)
CONNOR, MORNEAU & OLIN, LLP
73 State Street, Suite 310
Springfield, Massachusetts 01103
Tel:　(413) 455-1730
Fax:　(413) 455-1594
E-mail: jmorneau@cmolawyers.com
　　　　nolin@cmolawyers.com