UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

WENDY ANTHONY, Individually
and on Behalf of all Other Persons
Similarly Situated,
        Plaintiff(s)

v.                                CIVIL ACTION NO. 12-30072-MAP

MERCY INPATIENT MEDICAL
ASSOCIATES, INC.,

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J. :

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

       JUDGMENT entered for the Plaintiff in the amount of $140,000.00 pursuant to the

Notice Accepting Offer of Judgment dated 2/15/2013 and filed with the Court on 2/27/2013, the

Plaintiff having accepted the Offer of Judgment on February 27, 2013.

                                                             SARAH A. THORNTON,
                                                             CLERK OF COURT

Dated: March 5, 2013                               By /s/ Mary Finn
                                                             Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.