**Jeffrey Morneau**

**From:** Gordon Quinn [Gordon.Quinn@sullivanandhayes.com]
**Sent:** Tuesday, February 26, 2013 1:08 PM
**To:** Jeffrey Morneau
**Subject:** Wendy Anthony v. MIMA



SULLIVAN HAYES & QUINN   ATTORNEYS AT LAW

ONE MONARCH PLACE Suite 1200, Springfield, Massachusetts 01144
P 413.736.4538  F 413.731.8206  Lawoffice@sullivanandhayes.com

Jeff---This just confirms that if the offer of judgment was accepted, the $140,000 would be made payable to your firm and amounts distributed to Ms. Anthony and members of the preliminarily certified class, the details of apportionment to be left with you folks.

As a practical matter, because there's the step of Court approval of settlement in this FLSA action, it makes sense to pursue the approach that was taken in the other case involving City of Holyoke (e.g., Decree with terms outlined).

Gordon

PS--I just left a message with Dr. Wilson about whether March 12 is good for her deposition and to call me back. I mentioned that absent confirmation by Thursday, she should expect a subpoena from your office.

Gordon D. Quinn, Esq.
Gordon.Quinn@sullivanandhayes.com

CONFIDENTIALITY NOTICE
The information in this e-mail is confidential and intended only for the use of the addressee. The data transmitted is attorney privileged and may be exempt from disclosure. Do not copy or distribute to anyone other than the addressee. Reliance on this data by other than the intended recipient is prohibited. Please notify us immediately if you have received this communication in error. Upon notification we will arrange for return of the e-mail copies to Sullivan, Hayes & Quinn. Thank you for your assistance.